AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF ———————

Charter Communications
Entertainment I LLC d/b/a
Charter Communications

**V.**

Matthew Colaianni

IN CLERKS OFFICE

2004 SEP 27 P 12: 19

**SUMMONS IN A CIVIL CASE**
DISTRICT OF MASS.

CASE NUMBER:

# 04-40187

TO: (Name and address of defendant)

Matthew Colaianni
12 Pine Ridge Dr
Leicester, MA 01524

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Brown
Murtha Cullina LLP
99 High St 20th Fl
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_September 20, 2004_

DATE

(BY) DEPUTY CLERK

RETURN OF SERVICE

 **Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

09/23/2004

I hereby certify and return that on 09/23/2004 at 06:56am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of MATTHEW COLAIANNI at 12 PINE RIDGE DR, LEICESTER, MA and by mailing first class mail to the above address on 09/23/2004. Fees: Service 20.00, Travel 21.12, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $57.12

Deputy Sheriff David G Westerman

_____
**Deputy Sheriff**

☐ Other *(specify):*_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL |
|---|---|---|---|
| | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
Date                                                  Signature of Server

_____
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.