UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW COLAIANNI<br><br>Defendant. | CIVIL ACTION<br>NO. 04-40187 |

## MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MATTHEW COLAIANNI

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rules of Civil Procedure, Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications, hereby moves this Court for a judgment by default against the Defendant MATTHEW COLAIANNI ("Defendant"), in the above-captioned action. In support of its Motion, Plaintiff states that:

1. The Complaint in the above-captioned action was filed in this Court on September 20, 2004;

2. The Defendant was served by Deputy Sheriff David G. Westerman by leaving a copy of the Summons and Complaint at the abode of the Defendant on September 23, 2004 and by mailing a first class true attested copy to the home of the Defendant on September 23, 2004 pursuant to Rule 4(c) and 4(e) of the Federal Rules of Civil Procedure;

3. The Defendant failed to file an Appearance in the above-captioned action; and

4. The Defendant failed to file a response to the Complaint, which was due on or before October 13, 2004, as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests the Court enter judgment of default against the Defendant in this action.

>PLAINTIFF - CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS
>
> By Its Attorneys,
>
> _____
> Burton B. Cohen, BBO#656190
> Christopher L. Brown, BBO#642688
> Murtha Cullina LLP
> 99 High Street-20th Floor
> Boston, MA 02110
> (617) 457-4000

Dated: October 19, 2004

265645-1