Charter communications
vs.

Matthew Coleman
12 Pineridge Dr.
Leicester Ma. 01524

RECEIVED
case # 04 cv 40187 OFFICE
2004 DEC -2 P 4: 34
U.S. DISTRICT COURT
DISTRICT OF MASS

Answer

(21) denied
(22) denied
(23) denied
(24) denied
(25) denied
(26) denied
(27) denied
(28) denied
(29) denied
(30) denied
(31) denied
(32) denied
(33) denied
(34) denied
(35) denied
(36) denied
(37)

Matthew Coleman

Your Honor          I'm mailing a copy of this motion to Remove a Default to Charter Communication

Matthew Cotanian

P.S. Sorry I was confused about this whole thing