Your Honor, I'm filing a motion to Remove Default case # 4:04-CV-40187 Charter Communications Entertainment I, LL v. Colaianni.

① Charter Communications did not make any attempt to see if I even purchased one. I'm going threw a terrable Divorce and they won't even leve me alone.

② I already wrote to them and sent back a a letter to them and they act like they never even got the letter. I told them I don't steal and don't even have any attentions to start. I really do belive this could be fraud can you please help me. I'm disabled and on a fixed income. You can even check with the S.O.S. office.

Sincerly

Matthew Colaianni

P.S.

My address is 12 Pineridge Dr. Leicester Ma. 01524 it use to be 388 Burncoat St Worc. Ma. 01606

I hereby certify I caused the foregoing document to be served upon the other parties to the action by mailing a copy of the same to Charter Communication attorney

Buster Cohen
Christopher L. Brown
Murth Cullina LLP

99 High St.
Boston Ma. 02110

_____
Matthew Celainan